UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIGHT QUANG,

    Plaintiff,

  v.

JOHN F. KENNEDY, et al.,

    Defendants.

Case No. 24-cv-08512-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to C-24-1328 AGT.

  **IT IS SO ORDERED.**

Dated: December 20, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge